United States District Court
Southern District of Ohio
Eastern Division at Columbus, Ohio

United States of America

-vs-                                                   Case No. 2:23-mj-499

Siyuan Ye

## COURTROOM MINUTES
### Initial Appearance

| U.S. Magistrate Judge Kimberly A. Jolson | | Date:   August 31, 2023 @ 1:30 p.m. | |
|---|---|---|---|
| Deputy Clerk | Jessica Rector | Counsel for Govt: | Dave Twombly |
| Court Reporter | CourtSmart | Counsel for Deft(s): | George Chaney |
| Interpreter | | Pretrial/Probation: | Leticia Vazquez-Villa |
| Log In | 1:39 p.m. | Log Out | 1:46 p.m. |

Defendant advised of rights, charges, and penalties.

Defendant requested, qualified for & will be appointed counsel.

Government's oral motion for detention hearing is granted.

Detention Hearing set for 9/6/23 @ 1:30 p.m.

Preliminary Hearing set for 9/13/23 @ 2:00 p.m.

Government reminded of their obligation under the Due Process Protections Act.

Defendant remanded to USMS.